JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SAITHONG KHIANGSANTHIA,

Petitioner,

v.

FERETI SEMAIA,

Respondent.

Case No. 5:26-02659-MWF-RAO

**JUDGMENT**

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

IT IS SO ORDERED.

Dated: May 29, 2026

MICHAEL W. FITZGERALD
United States District Judge